# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JIM S. MARTIN, as surviving**
**spouse of Sue Rudd Martin,**
    **Plaintiff,**

**v.**                                                 **5:09cv335/SPM/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

_____

## ORDER

Plaintiff filed a complaint for judicial review of an adverse administrative decision of the defendant and has paid the filing fee. In accordance with this court's order of October 26, 2009 (doc. 8), the correct plaintiff is reflected above and shall be so reflected on the summons as well. However, before service can be directed, plaintiff must submit service copies of his complaint.

Accordingly, it is ORDERED:

1. Plaintiff shall submit three services copies of his complaint, using the caption set out above with the correctly named plaintiff, within 15 days.

2. Upon receipt of the copies of the complaint, the clerk of court is directed to send three certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

3. The United States Marshal shall serve a copy of the complaint and summons upon Michael J. Astrue, Commissioner of Social Security, the Attorney General of the United States, and the office of the United States Attorney for this District by <u>certified mail</u>.

**4. After a response to the complaint has been filed by the defendant, the plaintiff shall be required to mail to the attorney for the defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. The plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each defendant or to the attorney representing each defendant. Any paper submitted for filing after a response to the complaint has been filed by the defendants which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.**

**DONE AND ORDERED this 1st day of December, 2009.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**